REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

-FILED-

AUG 23 2023

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| --- | --- | --- |
|  | ) |  |
| v. | ) | Cause No. 1:23-CR- 50 |
|  | ) | Violations: |
|  | ) | 18 U.S.C. § 932(b)(2), |
|  | ) | 18 U.S.C. § 922(a)(6), and |
| TODD A. DICKSON, II | ) | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about August 20, 2022, in the Northern District of Indiana and elsewhere,

TODD A. DICKSON, II,

defendant herein, did knowingly purchase a firearm, to wit: an Adams Arms, AA-15 rifle, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of B. W., knowing and having reasonable cause to believe that B. W. intended to use, carry, possess, sell, and otherwise dispose of the firearm in furtherance of a felony and a drug trafficking crime, and did conspire to do so;

All in violation of 18 U.S.C. § 932(b)(2)

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

On or about August 20, 2022, in the Northern District of Indiana,

TODD A. DICKSON, II,

defendant herein, in connection with the acquisition of a firearm, to wit: an Adams Arms, AA-15 rifle, from R.K. Holding, LLP, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to R.K. Holding, LLP, which statement was intended and likely to deceive R.K. Holding, LLP, as to a fact material to the lawfulness of such sale of the firearm to the defendant under Chapter 44 of Title 18, in that the defendant represented that his current address was 617 Williams Street, Angola, Indiana, and that he was the actual transferee/buyer of the firearm, knowing that information to be false,

All in violation of 18 U.S.C. § 922(a)(6).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3

On or about September 2, 2022, in the Northern District of Indiana and elsewhere,

TODD A. DICKSON, II,

defendant herein, did knowingly aid in the purchase of a firearm, to wit: ACP(Philippines)/APINTL .38 special revolver, in and otherwise affecting interstate and foreign commerce for, on behalf of, and at the request and demand of B. W., knowing and having reasonable cause to believe that B. W. intended to use, carry, possess, sell, and otherwise dispose of the firearm in furtherance of a felony and a drug trafficking crime, and did conspire to do so;

All in violation of 18 U.S.C. § 932(b)(2) and 18 U.S.C. § 2.

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 4</u>

On or about September 2, 2022, in the Northern District of Indiana,

TODD A. DICKSON, II,

defendant herein, in connection with the acquisition of a firearm, to wit: an ACP(Philippines)/APINTL .38 special revolver, from R.K. Holding, LLP, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly aided in making a false and fictitious statement to R.K. Holding, LLP, which statement was intended and likely to deceive R.K. Holding, LLP, as to a fact material to the lawfulness of such sale of the firearm under Chapter 44 of Title 18, in that D.D. stated that she was the actual transferee/buyer of the firearm, knowing that information to be false,

All in violation of 18 U.S.C. § 922(a)(6) and 18 U.S.C. § 2.

A TRUE BILL

/s/ Foreperson
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

/s/ Stacey R. Speith
By:   Stacey R. Speith
        Assistant United States Attorney